■ NICKELS v NEW YORK CITY HOUSING AUTHORITY. [619 NYS2d 534] —Motion to vacate stay provision of CPLR 5519 (a) (1) granted; cross-motion for leave to appeal granted and the matter assigned a preference; motion to enlarge the record had been denied. The appeal is deemed withdrawn, as indicated. [The unpublished order of this Court entered on November 1, 1994 (M-5080/M-5085/M-5311) is recalled and vacated.] Concur—Carro, J. P., Wallach, Kupferman, Ross and Williams, JJ.

(November 7, 1994)

■ In the Matter of ANNE-RENEE TESTA et al., Appellants, v JOHN RAVITZ et al., Respondents, and NEW YORK COUNTY COMMITTEE OF THE LIBERAL PARTY, Intervenor-Respondent. [619 NYS2d 533] —Order, Supreme Court, New York County (Martin Evans, J.), entered November 4, 1994, unanimously affirmed for the reasons stated by Evans, J., without costs and disbursements. No opinion. Concur—Ellerin, J. P., Ross, Rubin and Nardelli, JJ.